146

982 A.2d 1223

Thomas A. JOSEPH, Thomas J. Joseph, Acumark, Inc., Airport Limousine and Taxi Service, Inc, and Airport Taxi, Limousine and Courier Service of Lehigh Valley, Inc.

v.

The SCRANTON TIMES L.P., The Times Partner, Edward J. Lynett, Jr., George V. Lynett and Cecelia Lynett Haggerty, The Scranton Times, Inc., Shamrock Communications, Inc., ZYXW, Inc., James Conmy and Edward Lewis

Petition of The Scranton Times L.P., The Times Partner and Edward Lewis.

No. 843 MAL 2008.

Supreme Court of Pennsylvania.

Nov. 4, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of November, 2009, in light of Petitioners being granted a new trial, *see* 19 MM 2009, the Petition for Allowance of Appeal is **DISMISSED AS MOOT.**